UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

STEPHEN C. BARNES,                                    Chapter 7
                                                      Case No.: 6:13-bk-06578-CCJ

      Debtor.
_____/

ORDER GRANTING REAFFIRMATION AGREEMENT

This case came before the Court for hearing on July 16, 2013 on the reaffirmation agreement made between the Debtor and the creditor, FreedomRoad Financial (Doc. No. 7; the "Reaffirmation Agreement"). After reviewing the file and considering the interest of parties, it is

ORDERED that the Reaffirmation Agreement is granted.

Done and Ordered in Orlando, Florida this 25th day of July, 2013.

_____
CYNTHIA C. JACKSON
United States Bankruptcy Judge

Copies furnished to:

Stephen C. Barnes, 1832 Sugar Tree Circle, New Smyrna Beach, FL 32168; Thomas W. Collier, Jr., 135 E. Church Street, DeLand, FL 32724; Arvind Mahendru, 5703 Red Bug Lake Road, Suite 284, Winter Springs, FL 32708; and U.S. Trustee, Office of the U.S. Trustee, George C. Young Federal Building 400 West Washington Street, Suite 1100, Orlando, Florida 32081